UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.                                                              NO. 3:07CR-82-R

NATHAN FRISBIE                                                   DEFENDANT

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Bryan Calhoun, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter. The Defendant, Nathan Frisbie, by consent and with John Tim McCall, retained counsel, appeared in open court on October 24, 2007, and entered pleas of guilty as to Counts 1 through 3 of the Indictment pursuant to Rule 11(c)(1)(B) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 through 3 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the pleas of guilty be accepted, and that the Defendant be adjudged guilty as to Counts 1 through 3 in the Indictment and have sentence imposed accordingly.

Sentencing is hereby scheduled for **February 20, 2008 at 12:00 p.m.** before the Honorable Thomas B. Russell, United States District Court Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall be **released** on his present bond..

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

40