**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                                   **PLAINTIFF**

**V.**                                                                             **CRIMINAL ACTION NO.3:07CR-82-R**

**NATHAN FRISBIE**                                                                                              **DEFENDANT**

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1 through 3 in the Indictment   is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **February 20, 2008 at 12:00 p.m.**, before the Honorable Thomas B. Russell, Judge United States District Court.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record